UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON J. EDWARDS,

        Plaintiff,

-against-

LONG ISLAND RAILROAD,

        Defendant.

25-cv-4120 (ALC)

**TRANSFER ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff brings this action under the Federal Employers' Liability Act, 45 U.S.C. § 51. Plaintiff alleges injuries suffered by him while employed by Defendant. On June 18, 2025, the Court ordered the Parties to show cause why this case should not be transferred to the United States District Court for the Eastern District of New York. ECF No. 9. Upon consideration of the Parties' responses and for the following reasons, this action is transferred to the United States District Court for the Eastern District of New York. *See* ECF Nos. 10, 12.

    Under 28 U.S.C. § 1391(b), a civil action may be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." Under § 139l(c), a "natural person" resides in the district where the person is domiciled, and an "entity with the capacity to sue and be sued" resides in any judicial district where it is subject to personal jurisdiction with respect to the civil action in question. *See* 28 U.S.C. § 1391(c)(l), (2).

1

Plaintiff does not allege that Defendant resides in this district or that a substantial part of the events or omissions giving rise to his claim arose in this district. Plaintiff only alleges that Defendant maintains rail facilities in Manhattan. *See* ECF No. 10. However, Plaintiff is a resident of Suffolk County, New York, and Defendant is a railroad corporation that maintains operational headquarters in Jamaica Station, Queens, New York, and which operates trains and railroad facilities within the Eastern District of New York. *See* ECF No. 2 at 3–4. Plaintiff's claims arose in the vicinity of the Long Island Railroad Lawrence Station, which lies either in Queens County or Nassau County, both of which are in the Eastern District of New York.

Accordingly, venue is proper in the Eastern District of New York, 28 U.S.C. § 1391(b)(2), and this action is hereby transferred to the United States District Court for the Eastern District of New York, 28 U.S.C. § 1406(a). The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Eastern District of New York and to terminate this case in the Court's docket.

**SO ORDERED.**

**Dated: July 8, 2025**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**